JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KOREY WYNNE, | ) | **Case No.: CV 17-4301-DMG (ASx)** |
| Plaintiff, | ) ) | **ORDER RE STIPULATION DISMISSING PLAINTIFF'S** |
| vs. | ) ) | **FEDERAL CAUSES OF ACTION AND PERMITTING PLAINTIFF TO** |
| CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, DOES 1-10. | ) ) ) | **PURSUE HIS STATE-LAW CLAIMS IN STATE COURT [44]** |
| Defendants. | ) ) ) | |

1

Based on the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's federal and civil rights causes of action identified as follows: (1) First Cause of Action for Violation of Civil Rights – 42 U.S.C. § 1983 (Fourth Amendment); (2) Fourth Cause of Action for State Civil Rights Violations – California Civil Code §52.1, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1367, Plaintiffs shall have 30 days from the entry date of this Order to re-file the matter in the California Superior Court.

IT IS SO ORDERED.

DATED: November 20, 2018

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE